IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEDE NICHOLS,

     Appellant,

v.                                 Case No.  5D15-955

MOORE, STEPHENS, LOVELACE, P.A.,

     Appellee.

_____

Opinion filed April 22, 2016

Appeal from the Circuit Court
for Orange County,
Alice Blackwell, Judge.

Denise M. Hammond and Curtis L. Brown,
of Wright, Fulford, Morehead & Brown,
P.A., Altamonte Springs, for Appellant.

Todd K. Norman and Bernard H. Gentry,
of Broad and Cassel, Orlando, for
Appellee.

PER CURIAM.

AFFIRMED. *See Envtl. Servs., Inc. v. Carter*, 9 So. 3d 1258, 1263–64 (Fla. 5th DCA 2009) (holding noncompetition clause in an employment agreement to be valid and enforceable; the language of the clause was clear and unambiguous, reasonably limited in time, reasonably limited in not precluding all competition, and the lack of a geographical limitation was not critical).

SAWAYA, COHEN, and LAMBERT, JJ., concur.